IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PETER FISCHER and
DIGITAL MERCHANDISING SOLUTIONS,

                Plaintiff,                 ORDER

   v.                                               09-cv-183-wmc

DALE G. SCHROEDER, LED WORLDWIDE, LLC,
FACTORY DIRECT LED LTD., STEVE JORDAL,
ROBERT SPEES, CO-DEFENDANTS 1-25, ABC
INSURANCE COMPANY, DEF INSURANCE
COMPANY and HIJ INSURANCE COMPANY,

                Defendants.

---

      Sarah L. Ruffi and Ruffi Law Officers, S.C. have filed a motion for leave to withdraw as counsel for defendants Dale Schroeder, LED Worldwide, LLC, Steve Jordal, Robert Spees and Factory Direct LED Ltd., in this matter. Dkt. #19. Before granting the motion, defendants will be given an opportunity to raise any objections to it and the grounds for their objections. In addition, the defendant business entities cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

      Therefore, the court will reserve a ruling on the motion for leave to withdraw until defendants have had an opportunity to advise the court whether they object to the withdrawal of counsel and on what grounds or, alternatively, that they do not object and

have either engaged new counsel or are in the process of doing so. If defendants do not respond to this opportunity to be heard by April 26, 2010, an order will be entered granting the motion and directing LED Worldwide, LLC and Factory Direct LED Ltd. to indicate whether they intend to retain new counsel.

Entered this 16th day of April, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2